

666 Old Country Road, Suite 501
Garden City, NY 11530

T: (212) 756-1277
jkirshner@jkirshnerlaw.com
www.jkirshnerlaw.com

June 11, 2021

<u>VIA ECF</u>
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States v. Amy Reyes</u>, 21 Cr. 190 (JPO)

Dear Judge Oetken:

    I represent Amy Reyes in the above-captioned matter. I write to request a modification to her conditions of release. Specifically, we request that Ms. Reyes be permitted to go the local gym three times per week.

    Ms. Reyes has provided Pre-Trial Services with a letter from her doctor indicating the need for her to attend the gym. The Government and Pre-Trial Services take no position on this application.

    Thank you for your consideration and attention to this matter.

                                                         Respectfully submitted,

                                                        /s/
                                                      Joshua D. Kirshner

cc:    All parties (via ECF)

> Granted.
> So ordered.
> June 16, 2021

                                                    J. PAUL OETKEN
                                        United States District Judge