

666 Old Country Road, Suite 501
Garden City, NY 11530

T: (212) 756-1277
jkirshner@jkirshnerlaw.com
www.jkirshnerlaw.com

July 28, 2021

VIA ECF
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States v. Amy Reyes</u>, 21 Cr. 190 (JPO)

Dear Judge Oetken:

    I represent Amy Reyes in the above-captioned matter. On consent of the government, I write to respectfully request that the Court adjourn the conference, currently scheduled for August 6, 2021, for approximately 60 days (this is Ms. Reyes' second request for an adjournment). This adjournment will allow counsel to continue to review discovery, engage in negotiations with the government, and continue our preparation of a thorough mitigation submission for the government's consideration. Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly-selected date.

    Thank you for your consideration and attention to this matter.

Respectfully submitted,

_____/s/_____
Joshua D. Kirshner

> Granted. The August 6, 2021 pretrial conference is adjourned to October 6, 2021, at 5:15 pm. The Court hereby excludes time through October 6, 2021, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendant in a speedy trial.
> So ordered: July 28, 2021

_____
J. PAUL OETKEN
United States District Judge