

666 Old Country Road, Suite 501
Garden City, NY 11530

T: (212) 756-1277
jkirshner@jkirshnerlaw.com
www.jkirshnerlaw.com

August 14, 2023

<u>VIA ECF</u>
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States v. Amy Reyes</u>, 21 Cr. 190 (JPO)

Dear Judge Oetken:

    I represent Amy Reyes in the above-captioned matter. I write to request a modification to her conditions of release. Specifically, we request that she be able to travel to New Jersey with her family from August 24, 2023 until August 26, 2023.

    I have discussed this application with the Government and they defer to Pre-Trial Services who does not object. Thank you for your consideration and attention to this matter.

Respectfully submitted,

_____/s/_____
Joshua D. Kirshner

Granted.
So ordered.
8/14/2023

J. PAUL OETKEN
United States District Judge